# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**

  Plaintiff(s)

vs.           **CASE NUMBER: 1:22-cv-1057 (DNH/DJS)**

**$191,843.75 in U.S. Currency**

  Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: granting 9 Motion for Default Judgment. ORDERED that Judgment of Default be entered against the defendant property, and it is further ORDERED that the defendant property is hereby forfeited to the United States, and it is further ORDERED that any claims to the defendant property are hereby forever barred.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 17th day of January, 2023.

DATED: January 17, 2023

_John Domurad_
Clerk of Court

         s/Kathy Rogers
         Deputy Clerk